UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:12-CR-110 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| TYRON WALKER | ) |

## O R D E R

On December 27, 2012, United States Magistrate Judge Susan K. Lee filed a Report and Recommendation ("R&R") (Court File No. 26) recommending the Court deny Defendant Tyron Walker's motion to suppress (Court File No. 17). Neither party filed an objection.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 26) pursuant to 28 U.S.C. § 636(b)(1), and **DENIES** Defendant's motion to suppress (Court File No. 17).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**